Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WRIGLEY, | CIVIL NO: C06-00495 |
| PLAINTIFF, | COMPLAINT FOR DAMAGES |
| v. | JURY TRIAL DEMANDED |
| SGT. FAEYH, AND OFFICER CHINEN, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND,  AND DOES 1-10, POLICE OFFICERS WHOSE NAMES ARE UNKNOWN, | |
| DEFENDANT. | |

1.      Plaintiff, Shawn Wrigley, is and at all times mentioned herein was a resident of Alameda County, California.

2.      SGT. FAEYH and Officer Chinen, and Does 1-10, police officers whose names and capacities are not known to plaintiff, are sued herein individually and in their official capacities as a sworn peace officers of the State of California, City of Oakland, for acts and conduct under color of law, as follows.

3.      The City of Oakland is a municipal corporation of the State of California.

COMPLAINT FOR DAMAGES         - 1 –

4. This action is brought pursuant to 42 U.S.C. sections 1983, et seq. and 1988, and the California Constitution, civil rights statutes and common law. Jurisdiction is based on 28 U.S.C. sections 1331 and 1343 and the aforementioned federal statutes.

5. Plaintiff further invokes the pendent jurisdiction of this court to decide claims arising under the California Constitution and California law covering the use of unreasonable force.

6. Plaintiff has filed administrative claims in compliance with Cal. Govt. Code §910 et seq, and such claims have been denied.

7. Plaintiff has standing to file this complaint against defendants because he was injured by Defendants' acts, violation of the California and United States Constitutions, and California tort law.

8. Under 42 U.S.C. sections 1983, et seq. and 1988, Plaintiff has standing to bring suit against defendants to recover compensation for Plaintiff's injuries resulting from Defendants' violation of Plaintiff's Constitutional rights.

9. The City of Oakland is a subdivision of the State of California and was acting pursuant to the police power authorized by Article XI, Section 7, of the California Constitution, when Oakland Police officers injured Plaintiff.

10. When the officers injured Plaintiff, they were acting as employees of the City of Oakland Police Department.

## FIRST CAUSE OF ACTION

## VIOLATIONS OF TITLE 42 U.S.C. SECTION 1983

11. Plaintiff hereby incorporates by reference paragraphs 1 through 10, of this complaint as if fully set forth herein.

12. On or about February 11, 2005, in Oakland, California, M. Rowley took aim at Plaintiff with a and discharged his chemical agent at Plaintiff causing physical injuries to plaintiffs.

13. Sgt. Faegh and Officer Chinen seized plaintiff in excess of the Laws of the United States and applied unreasonable force.

COMPLAINT FOR DAMAGES      - 2 –

14. Plaintiffs suffered multiple serious and permanent injuries, including skull fractures and pelvis fractures.

15. Defendants' above-described conduct, and particularly the unreasonable seizure of plaintiffs, violated plaintiffs' rights pursuant to 42 U.S.C. §1983 under the Fourth Amendment, applicable to the states under the Fourteenth Amendment to the United States Constitution.

16. Defendants' above-described conduct, and particularly the acts and omissions of those defendants and maltreatment of the plaintiff, violated plaintiff's rights under the Fourth and Fourteenth Amendments, applicable to the states under the Fourteenth Amendments to the United States Constitution.

17. Defendants' above-described conduct, and particularly the acts and omissions of those defendants involved in the unlawful seizure of plaintiffs, constitutes a policy and custom of certain employees of the City of Oakland who have a practice of applying unreasonable force to citizens and failing to supervise officer who use unreasonable force.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

### PUNITIVE DAMAGES ALLEGATION

18. Plaintiff hereby incorporates by reference paragraphs 1 through 17, of this complaint as if fully set forth herein.

19. Defendants' above-described engaged in conduct that was malicious, oppression, and in reckless disregard of plaintiff's Constitutional rights.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial for each cause of action for which she is entitled to a jury trial.

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief:

A. An award of compensatory and general damages against defendants against the defendants, jointly and severally, for   in the amount of $1,000,000;

B. An award of exemplary and punitive damages against all defendants sued in their individual capacities in the amount of $500,000;

C. Trial By Jury; and such other and further relief as the Court may deem just

COMPLAINT FOR DAMAGES        - 3 –

1  and proper.
2  Dated: _____

By: WAYNE JOHNSON
Attorney for Plaintiff

COMPLAINT FOR DAMAGES        - **4** –