Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WRIGLEY, | CIVIL NO.: C 06 00495 MJJ |
| Plaintiff, | STIPULATION RE AMENDMENT TO COMPLAINT |
| v. | and Order |
| SGT. FAEYH, ET AL., | DATE: |
| | TIME: |
| Defendants, | CTRM: |
| _____/ | |

The parties hereby stipulate that Plaintiff may make the following amendment to the complaint in this action alleging the true names of the defendants.

Defendant erroneously sued herein as Sgt. Faeyh, whose true name is David Faeth, shall be sued herein as Sgt. David Faeth, and all references to Faeyh or Faegh shall be substituted in the complaint as Faeth.

Defendant sued herein as Officer Chinen, whose true names is Mark Chinen, shall be sued herein as Officer Mark Chinen.

It is so stipulated.

STIPULATION RE AMENDMENT TO COMPLAINT -     1

| | | |
|---|---|---|
| DATED: April 26, 2006 | | LAW OFFICES OF WAYNE JOHNSON |

S/
_____
WAYNE JOHNSON
Attorney for Plaintiff

DATED: April 26, 2006            OFFICE OF THE CITY ATTORNEY

_____/S/_____
PELAYO A. LLAMAS, JR.,
Deputy City Attorney
Attorneys for the Defendants Sgt. David Faeth and
Officer Mark Chinen

ORDER

Good cause appearing therefor.

IT IS SO ORDERED.

Dated:  4/26/2006
       _____

*[signature]*
_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE AMENDMENT TO COMPLAINT -                                2