1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #098228
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-3865        Fax:  (510) 238-6500
4  24998/373423

5  Attorneys for Defendants
   Sgt. David Faeth and Officer Mark Chinen
6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| 11 | SHAWN WRIGLEY, | Case No.  C-06-00495-MJJ |
|---|---|---|
| 12 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 13 | v. | and ORDER |
| 14 | SGT. FAEYH, AND OFFICER CHINEN, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, AND DOES 1-10, POLICE OFFICERS WHOSE NAMES ARE UNKNOWN, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

1  PLEASE TAKE NOTICE that pursuant to General Order No. 45 IV. C.2.
2  Defendants Sergeant David Faeth and Officer Mark Chinen hereby substitute, Deputy City
3  Attorney, STEPHEN Q. ROWELL in place of PELAYO A. LLAMAS, JR. in the above-
4  entitled case.
5  Dated:  May 22, 2006

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Chief Assistant City Attorney
        STEPHEN Q. ROWELL, Deputy City Attorney

        By://s//STEPHEN Q. ROWELL
        Attorneys for Defendants
        Sgt. David Faeth and Officer Mark Chinen

5/23/2006

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA