JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS-Supervising Trial Attorney-State Bar #121206
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar #98228
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865   Fax: (510) 238-6500
24998/381795

Attorneys for Defendants
Sgt. David Faeth and Officer Mark Chinen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WRIGLEY,<br><br>Plaintiff,<br><br>v.<br><br>SGT. FAEYH, AND OFFICER CHINEN, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, AND DOES 1-10, POLICE OFFICERS WHOSE NAMES ARE UNKNOWN,<br><br>Defendants. | Case No. C-06-00495-MJJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO ADVANCE SETTLEMENT CONFERENCE DATE** |

The parties hereby agree and stipulate that the settlement conference currently scheduled to take place before Magistrate Judge Edward M. Chen on March 13, 2007 at 9:30 a.m. be advanced to October 10, 2006 at 9:30 a.m.

_____
STEPHEN Q. ROWELL
Attorney for Defendants
SGT DAVID FAETH and MARK CHINEN

Date: 9/1/06

_____  Date: SEPT. 1, 2006
WAYNE JOHNSON
Attorney for Plaintiff

## ORDER

The Settlement Conference scheduled for March 13, 2007 at 9:30 a.m. shall be rescheduled to October 10, 2006 at 9:30 a.m. Settlement Conference statements shall be lodged with Judge Chen's chambers by September 26, 2006 by hard copy only.

IT IS SO ORDERED.

Dated: September 1, 2006



HON. _____ 
United _____ Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen