1  Wayne Johnson, SBN: 112588
   Law Offices of Wayne Johnson
2  P.O. Box 19157
   Oakland, CA 94619
3  (510) 451-1166

4  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WRIGLEY, | CIVIL NO: C06-00495 |
| PLAINTIFF, | SECOND STIPULATION TO AMEND COMPLAINT AND ORDER |
| v. | GRANTED |
| SGT. FAETH, AND OFFICER MARK CHINEN, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10, POLICE OFFICERS WHOSE NAMES ARE UNKNOWN, | |
| DEFENDANT. | |

1.   Plaintiff, Shawn Wrigley, hereby amends the complaint as follows:

In the caption, THE CITY OF OAKLAND should be added as a defendant.

In paragraph 12 of the complaint, Officer Mark Chinen shall be substituted in place and instead of M. Rowley.

It is so stipulated.

DATED:  May 31, 2006          LAW OFFICES OF WAYNE JOHNSON

                                          S/
                                          _____
                                          WAYNE JOHNSON
                                          Attorney for Plaintiff

SECOND STIPULATION TO AMEND COMPLAINT        - 1 –

DATED:  May 31, 2006          OFFICE OF THE CITY ATTORNEY

_____/S/_____
STEVE Q. ROWEELL
Deputy City Attorney
Attorneys for the City of Oakland,
Defendants Sgt. David Faeth and Officer Mark Chinen

ORDER

Good cause appearing therefor.

IT IS SO ORDERED.

Dated: 10/2/2006
_____

_____
UNITED STATES DISTRICT COURT JUDGE