Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WRIGLEY, | CIVIL NO.: C 06 00495 MJJ |
| Plaintiff, | STIPULATION RE TIME TO EXTEND TIME DESIGNATE EXPERTS |
| v. | and Order |
| SGT. FAEYH, ET AL., | DATE: JANUARY 4, 2007<br>TIME: 9:30 A.M. |
| Defendants, | CTRM: C, 15TH FLOOR |
| _____/ | |

The settlement conference shall be continued to January 4, 2007, at 9:30 A.M.

The parties hereby stipulate that the time for disclosure of expert witnesses and service of their expert reports shall be extended to January 19, 2007.

The parties also stipulate that discovery relating to expert witnesses shall close February 16, 2007.

It is so stipulated.

DATED: October 10, 2006          LAW OFFICES OF WAYNE JOHNSON

                                 /S/
                                 _____
                                 WAYNE JOHNSON
                                 Attorney for Plaintiff

STIPULATION RE EXPERT WITNESSES  -      1

DATED: October 11, 2006          OFFICE OF THE CITY ATTORNEY

_____/S/_____
Stephen Q. Rowell,
Deputy City Attorney
 Attorneys for the Defendants City of Oakland, Sgt.
 David Faeth and Officer Mark Chinen

ORDER

Good cause appearing therefor.

IT IS SO ORDERED.

Dated:  10/16/2006

_____/s/ Martin J. Jenkins_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE EXPERT WITNESSES  -    2