Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WRIGLEY, | CIVIL NO.: C 06 00495 MJJ |
| Plaintiff, | STIPULATION AND ORDER RE TIME TO EXTEND TIME DESIGNATE EXPERTS   GRANTED |
| v. | |
| SGT. FAEYH, ET AL., | DATE: |
| | TIME:  9:30 A.M. |
| Defendants, | CTRM:  C, 15TH FLOOR |

~~The further settlement conference shall be continued to _____~~

~~2007, at 9:30 A.M.~~

The parties hereby stipulate that the time for disclosure of expert witnesses and service of their expert reports shall be extended to _February 28_, 2007.

The parties also stipulate that discovery relating to expert witnesses shall close _March 20_, 2007.

It is so stipulated.

DATED: January 9, 2007         LAW OFFICES OF WAYNE JOHNSON

                                _/s/ Wayne_
                                WAYNE JOHNSON
                                Attorney for Plaintiff

STIPULATION RE EXPERT WITNESSES  -    1

DATED: 1/12/07

OFFICE OF THE CITY ATTORNEY

Stephen Q. Rowell,
Deputy City Attorney
Attorneys for the Defendants City of Oakland, Sgt. David Faeth and Officer Mark Chinen

ORDER

Good cause appearing therefor.

IT IS SO ORDERED.

Dated: 1/18/2007

UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE EXPERT WITNESSES -    2