1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266.
   STEPHEN Q, ROWELL, Deputy City Attorney - State Bar #098228
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-3865          Fax:  (510) 238-6500:
   24998/398652
5
   Attorneys for Defendants
6  City of Oakland, Sgt. David Faeth,
   and Officer Mark Chinen
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10  SHAWN WRIGLEY,                        Case No.  C-06-00495-MJJ

11              Plaintiff,                STIPULATION OF DISMISSAL

12       v.

13  SGT. FAETH, AND OFFICER CHINEN,
    Individually and in their capacities as
14  employees of the CITY OF OAKLAND, THE
    CITY OF OAKLAND, and DOES 1-10,
15  Police Officers whose names are unknown,

16              Defendants.

17

18

19       IT IS HEREBY STIPULATED by and between the parties to this action through

20  their designated counsel that this entire action be and hereby is dismissed with prejudice

21  pursuant to FRCP 41(a) (1).  Each party to bear its own costs and fees.

22                              LAW OFFICES OF WAYNE JOHNSON

23

24

25  Dated: March 2, 2007       By: _____
                                   Attorneys for Plaintiff
26

1

2

3    Dated: *March 2, 2007*        JOHN A. RUSSO, City Attorney
                                    RANDOLPH W. HALL, Assistant City Attorney
4                                   WILLIAM E. SIMMONS, Supervising Trial Attorney
                                    STEPHEN Q. ROWELL, Deputy City Attorney
5

6

7    By: _____

     Attorneys for CITY OF OAKLAND, SGT. FAETH
8      and OFFICER CHINEN

9

10

11           Dated: 3/9/07



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26